

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00104-CR

Ishmael Jabari **DEBROW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 22-1142-CR-B
Honorable Gary L. Steel, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 27, 2024.

_____
Rebeca C. Martinez, Chief Justice